UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEVAUGHN LEE, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:16-CV-589 RWS ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On July 22, 2016, the Court ordered counsel to notify the Court whether he would represent movant in this matter. He has not responded. He must do so no later than October 28, 2016. If he fails to do so, the Court will order him to show cause why sanctions should not be imposed for failure to respond to the Court's Orders.

Accordingly,

**IT IS HEREBY ORDERED** that counsel must notify the Court, no later than October 28, 2016, whether he intends to represent movant in this matter.

Dated this 21st day of October, 2016.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE