# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEVAUGHN LEE, | ) |
| Movant, | ) |
| v. | ) No. 4:16-CV-589 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before me on my own motion. On November 2, 2016, counsel for movant notified the Court that he would file an amended motion to vacate before the end of the month. Since then, nothing has been filed in this case.

Accordingly,

**IT IS HEREBY ORDERED** that counsel for movant must file an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 within twenty-one (21) days of the date of this Order. No further extensions will be granted.

Dated this 28th day of March, 2017.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE